JOE CAMPBELL, JOSH GAVIN, CHESLEY GAVIN AND E. O. MC-
CURLEY, *Plaintiffs in Error*, v. STATE OF FLORIDA, *De-
fendant in Error*.

Division B.

Opinion Filed December 6, 1927.

*Philip D. Beall* and *John M. Coe*, Attorneys for Plaintiffs
in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*,
Assistant, for Defendant in Error.

PER CURIAM.—The plaintiffs in error were convicted of
the offense of larceny of a heifer, the property of George
Dewrell and T. M. Weeks, co-partners doing business under
the firm name of Dewrell & Weeks. The only assignment
of error which requires our attention is one which chal-
lenges the sufficiency of the evidence.

We have carefully considered the evidence as presented
by the record before us and we fail to find sufficient legal
evidence to establish, first, the fact that the heifer referred

to in the indictment was stolen; second, to establish the fact that the defendants, or either of them, participated in the larceny of the particular heifer referred to in the indictment, even if the same was stolen. We are mindful of the rule which has long obtained in this jurisdiction that, ''Where there is substantial evidence to support the verdict the verdict will not be set aside as against the evidence, unless it may well be assumed that the jury were improperly influenced by conditions outside the evidence.'' And, we are reluctant to reverse a judgment because of the insufficiency of the evidence when there has been sufficient evidence to warrant the trial court in submitting the issues to a jury, but in this case that *substantial* quality of the evidence to establish the necessary facts is lacking. The witnesses appear to have testified honestly, fairly and, as far as they know, to facts and circumstances, but they appear to have been without knowledge of the important facts necessary to establish the guilt of the accused. It, therefore, becomes our duty to reverse the judgment of the lower court, and it is so ordered.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.